| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Linda Spearman* ☑ Agent ☐ Addressee<br>B. Received by (Printed Name): LINDA SPEARMAN   C. Date of Delivery: 1/5 |
| 1. Article Addressed to:<br><br>3:08-cv-01112 DE# 53<br>Barron A. Mathis<br>1101 Hudson Lane<br>Franklin, TN 37067 | D. Is delivery address different from item 1? ☐ Yes ☐ No<br>If YES, enter delivery address below:<br><br>3. Service Type<br>☐ Certified Mail  ☐ Express Mail<br>☐ Registered    ☐ Return Receipt for Merchandise<br>☐ Insured Mail  ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7010 2780 0001 2322 9332 |

PS Form 3811, February 2004 — Domestic Return Receipt — 102595-02-M-1540

---

UNITED STATES POSTAL SERVICE

05 JAN 2011 PM

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

RECEIVED
JAN - 6 2011
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN

3:08-1112     H     DE#53

Case 3:08-cv-01112   Document 55   Filed 01/06/11   Page 1 of 1 PageID #: 181