UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION ) | |
| ) | |
| ) | |
| Plaintiff ) | |
| ) | |
| v. ) | NO. 3:08-1112 |
| ) | JUDGE HAYNES |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| J.C. REED & COMPANY, INC., et al ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| ) | |
| Defendant ) | |

ENTRY OF JUDGMENT

      Judgment is hereby entered as to Barron A. Mathis, for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 2/26/13.

      KEITH THROCKMORTON, CLERK
      s/Althea F. Straughter, Deputy Clerk